IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-88-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| JOHN WILLIAM LEWIS | ) | |

Upon motion of the Government, and for good cause shown, the Government's Motion for Leave to File Out of Time a Response to Defendant's Motion to Compel Government to Elect Between Multiplicitous Counts and Motion to Dismiss for Violation of Double Jeopardy Guarantee, is hereby allowed.

SO ORDERED, this the 23rd day of February, 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE