IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cr-88-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JOHN WILLIAM LEWIS | ) | |

Before the Court is Defendant John William Lewis's *Motion To Seal Exhibits Containing Protected Information*. For good cause, and pursuant to Federal Rule of Criminal Procedure 49.1(a), the motion is GRANTED.

NOW THEREFORE, the Clerk is ORDERED to place under seal Attachment 1 to the March 3, 2015 *Unopposed Motion for Immediate Release* [DE 59-1], and Attachment 1 to the March 5, 2015 *Objection to Memorandum and Recommendation* [DE 62-1].

IT IS SO ORDERED.

This the 6th day of March, 2015.

*/s/ Louise W. Flanagan*

LOUISE W. FLANAGAN
United States District Judge