IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cr-88-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER MODIFYING JUDGMENT |
| | ) | |
| JOHN WILLIAM LEWIS | ) | |

FILED IN OPEN COURT
ON 11/5/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

This matter is before the Court upon the defendant's consent motion to modify the Judgment entered by this Court on October 23, 2015. Assistant United States Attorney James Kurosad consents to the entry of this order.

Finding good cause, and for the reasons set out in defendant's motion, the Court hereby modifies the Judgment previously entered in this case as follows:

1. The Court specifies that the sentence of imprisonment has been satisfied by Time Served.

2. The Court orders that the defendant be given credit for 734 days while in state custody on related offenses and while in federal pretrial detention.

3. The Court orders that, because defendant's sentence has been satisfied by Time Served, he is not remanded to the custody of the United States Marshal.

Except as specifically modified herein, all remaining conditions of the Court's original Judgment shall remain unchanged.

This 5 day of November, 2015.

_____
TERRENCE W. BOYLE
United States District Judge